LAVERNE TREAT, Appellant, v. GEORGE SHERMAN, Respondent.— Motion granted and order entered September 15, 1960 amended by deleting from the

ordering paragraph thereof the word "printed" and inserting in place thereof the word "typewritten."